```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _08/22/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUELINE FERNANDEZ, on behalf of herself and all others similarly situated,

          Plaintiff,

-against-

JHK JEWELRY, INC.,

          Defendant.

24 Civ. 4691 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    On June 21, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by August 21, 2024. ECF No. 5. Those submissions are now overdue. In addition, Plaintiff has not filed proof of service, and Defendant has not appeared in this action.

    Accordingly, by **September 12, 2024**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: August 22, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge