```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/2/2024  
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUELINE FERNANDEZ, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

JHK JEWELRY, INC.,

                Defendant.

24 Civ. 4691 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

      On June 21, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by August 21, 2024. ECF No. 5. No submissions were received. On August 22, 2024, the Court directed the parties to file their joint letter and proposed case management plan by September 12, 2024. ECF No. 8. On September 13, 2024, the Court again extended this deadline to November 22, 2024. ECF No. 10. The submissions are now overdue, and Defendant has yet to appear in this action.

      Accordingly, by **December 16, 2024**, the parties shall submit their joint letter and proposed case management plan. If Defendant has not appeared by that date, Plaintiff shall, by that same date, file a letter indicating her intentions with respect to the prosecution of this action.

      SO ORDERED.

Dated: December 2, 2024
       New York, New York

                                        ANALISA TORRES
                                      United States District Judge