```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/19/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUELINE FERNANDEZ, on behalf of herself
and all others similarly situated,

                Plaintiff,

-against-

JHK JEWELRY, INC.,

                Defendant.

24 Civ. 4691 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

       On December 2, 2024, the Court extended, for the third time, the deadline for the parties' submission of their joint letter and proposed case management plan to December 16, 2024. ECF No. 12. The Court also ordered Plaintiff to "file a letter indicating her intentions with respect to the prosecution of this action" by the same date if Defendant had not yet appeared. *Id.* Those submissions are now overdue.

       Accordingly, by **January 17, 2025**, the parties shall submit their joint letter and proposed case management plan, or Plaintiff shall advise the Court of her intentions with respect to the prosecution of this action. Plaintiff is advised that failure to comply with the Court's order may result in dismissal for failure to prosecute. Fed. R. Civ. P. 41(b).

       SO ORDERED.

Dated: December 19, 2024
       New York, New York

                                    ANALISA TORRES
                                    United States District Judge